IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM P. JACKSON
    plaintiff

Case No. 1:25-CV-184

v.

MR. YOGUS, MR. EDWARDS
C/O KEAN, SGT KEMIT
    defendants

RECEIVED
JUN 30 2025
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

COMPLAINT WITH JURY DEMAND

INTRODUCTION

This is a civil rights action filed by WILLIAM P. JACKSON a state prisoner, for damages under 42 U.S.C. §1983, alleging DELIBERATE INDIFFERENCE, UNESSARY AND WANTON INFLICTION OF PAIN, (I.I.E.D.) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL DEPRIVATION OF PROPERTY, (MONIES) in Violation of the FOURTH, AND EIGHTH AMENDMENTS of the UNITED STATES CONSTITUTION.

JURISDICTION

1) the Court has jurisdiction over Plaintiff's claims of VIOLATION of FEDERAL CONSTITUTIONAL RIGHTS under 42 U.S.C. §1331(1) and 1343.

2) the court has supplemental jurisdiction under 28 U.S.C. §1367

PARTIES

3) Plaintiff WILLIAM P. JACKSON, is incarcerated at the STATE CORRECTIONAL INSTITUTION ALBION (herein referred to as S.C.I. ALBION) during the events described in this complaint.

4) C/O KEAN is a correctional officer employed at S.C.I. ALBION during the events described in this complaint. he is sued in his INDIVIDUAL CAPACITY.

1

5) Defendant KEMIT is a Correctional SERGENT employed at S.C.I. ALBION during the events described in this complaint. He is sued in his INDIVIDUAL CAPACITY.

6) Defendant MR. VOGUS is a UNIT MANAGER employed at S.C.I. ALBION during the events described in this Complaint. He is sued in his INDIVIDUAL CAPACITY.

7) Defendant MR. EDWADRS is a UNIT MANAGER employed at S.C.I. ALBION during the events described in this Complaint. He is sued in his INDIVIDUAL CAPACITY.

8) ALL Defendants have acted, and continue to act, under Color of State law at all times relevant to this Complaint.

## FACTS

9) ON OCTOBER 1, 2024 the Plaintiff was transfered to S.C.I. ALBION FROM S.C.I. HUNTINGDON.

10) Plaintiff was screened by the Medical Department in intake.

11) the medical department "NURSE" went over the Plaintiff's medications, asked the Plaintiff If I had any Medical or Dental needs exc.

12) The Plaintiff asked if his BOTTOM BUNK, BOTTOM TIER was in the records.? and the "NURSE" looked it up and told the Plaintiff that it was in the computer. and followed me.

13) Plaintiff was told he was going to A-B block.

14) Plaintiff arrived to A-B block where C/O DEAN was working the unit. C/O DEAN told the Plaintiff to go to 43 cell top bunk. I immediatly told C/O DEAN I have LOWER LEVEL, LOWER BUNK MEDICAL RESTRICTIONS. C/O DEAN contacted SGT KEMIT and SGT KEMIT spoke to the Plaintiff and after I explained my MEDICAL RESTRICTIONS SGT KEMIT took my ID and said he was gonna check.

15) SGT KEMIT come back and acknoledged that I did indeed have LOWER LEVEL AND LOWER TIER MEDICAL RESTRICTIONS. but said there are no empty cells to put me in. and he,s not moving inmates around this late. he told me it would be fixed in the morning when U.M. VOGUS comes in. I protested and explained I have SEVERE BACK ISSUES, KNEE ISSUES AND ELBO ISSUES. but was given a direct order to go to cell

2

43 TOP BUNK so I did.

16) Plaintiff was forced to sleep on the top bunk top tier and the next day ON OCTOBER 2,2024, I ASKED the C/O'S about getting moved and was told MR.VOGUS knows about it. and will get to it. OCTOBER 3,2024 I wrote U.M. VOGUS about my MEDICAL RESTRICTIONS and need to be on the BOTTOM BUNK because trying to pull myself up to the TOP BUNK, and GET DOWN is AGGERVATING my BACK, KNEE AND ELBO. and was ignored.

17) On OCTOBER 3, 2024 after speaking to the C/O'S at the desk. and writting request. I REAGGERVATED MY BACK, KNEE, AND ELBO trying to climb up and down the latter.I slipped and fell causing additional pain and suffering.

18) Plaintiff put in numerous sick-calls to be seen due to AGGERVATING MY PRE-EXISTING INJURIES and THE NEW ONES I GOT!

19) Plaintiff asked to see U.M. VOGUS about being on the TOP TIER, TOP BUNK and was told to write a requets slip.

20) Plaintiff stayed on the TOP BUNK, TOP TIER, for APPRX (7-10) days until finally being moved. but was hurt and continues to suffer from SEVERE BACK, KNEE, AND ELBO PAIN.

## DELIBERATE INDIFFERENCE

21) C/O KEAN and SGT KEMIT were made aware of the Plaintiffs MEDICAL RESTRICTIONS, VERIFIED THE RESTRICTIONS and ignored them and forced the Plaintiff to move to the TOP TIER, TOP BUNK!

22) U.M. VOGUS ignored my requests and is in charge of A-BLOCK and ignored my MEDICAL RESTRICTIONS and placed me on the TOP TIER, TOP BUNK. and ignored my requests. until after I fell and was injured.

## (IIED) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

23) Plaintiff was forced to climb up and down from the TOP BUNK which the Plaintiff knew would cause SEVERE PAIN and couldn't sleep well. would have to hold my urine due to fear of getting hurt getting up, and down the ladder.

3

## INTENTIONALLY INTERFEFING WITH TREATMENT ONCE PERSCRIBED

24) Plaintiff's MEDICAL RECORDS were transfered with him. and Plaintiff verified the MEDICAL RESTRICTIONS with the "NURSE" during his MEDICAL ASSESSMENT in INTAKE before he went to A-B block.

25) Plaintiff told C/O KEAN, and SGT KEMIT when I arrived to A-B block. and SGT KEMIT took the Plaintiff's I.D left the UNIT and came back and said I do have LOWER BUNK, LOWER TIER RESTRICTIONS. but still told the Plaintiff I have to go to cell (43) UPPER LEVEL, UPPER BUNK. I respectfully asked to go to a LOWER LEVEL, LOWER BUNK due to Plaintiff's MEDICAL ISSUED. but was told "NO" you are going to cell (43) and the U.M. MR. VOGUS can deal with it tomorrow.

26) Plaintiff wrote U.M. MR. VOGUS numerous times. asked to speak to him numerous times. only to be ignored everytime. Plaintiff has carbon copies of all sent requests

## INTENTIONAL DEPRIVATION OF PROPERTY

27) Plaintiff has had to go to MEDICAL for pain and discomfort over (8) times and is still having to go to MEDICAL for SEVERE BACK PAIN, ELBO PAIN, and KNEE PAIN.

28) Plaintiff has been charged $10.00 each time I go to MEDICAL and my BACK isn't getting any better. Plaintiff sent respectfull requests to MR. EDWARDS the CORRECTIONAL HEALTH CARE ADMINISTRATOR (herein referred to as "C.H.C.A.") and requested the MEDICAL COPAY"S be refunded because the Plaintiff was injured due to being placed on the UPPER TIER, UPPER BUNK against his MEDICAL RESTRICTION'S that SGT KEMIT and C/O KEAN KNEW ABOUT. and MR. VOGUS ignored the Plaintiff's repeated attempts to speak to him. and at least (5) requests Plaintiff sent to him were also ignored.

## FAILURE TO FOLLOW MEDICAL ORDERS ONCE PERSCRIBED

29) Plaintiff had "MEDICAL RESTRICTIONS to be housed on the "LOWER TIER" LOWER BUNK" due to the Plaintiff's DETERIATING DISKS in his

4

BACK, NEROPATHY in my leg's, right KNEE PROBLEM'S and right ELBO problems. and the MEDICAL RECORDS followed me. C/O KEAN and SGT KEMIT were made aware of them. VERIFIED THEM and still forced me to go to the "UPPER TIER" UPPER BUNK.!

## SUPERVISOR LIABILITY

30) UNIT MANAGER MR. VOGUS is responcible for A-BLOCK. he makes the decisions on where INMATES are housed. and the overall running of the BLOCK. and was made aware of the Plaintiff being housed on the "UPPER TIER" UPPER BUNK against my MEDICAL RESTRICTIONS. and ignored the restrictions which ultimatley caused the Plaintiff's new injuries and aggervating my pre-existing injuries.U.M MR.VOGUS failed to train and supervise his subordinates.and learned of a violation to my rights.and failed to abate them.

## THE UNECESSARY AND WANTON INFLICTION OF PAIN

31) the Defendants were all aware of the Plaintiffs MEDICAL RESTRICTIONS and BLATENTLY IGNORED THEM causing the Plaintiff to SUFFER having to climb up and down from the TOP BUNK. when there was a 21 year old kid on the BOTTOM BUNK with no MEDICAL RESTRICTIONS, or need for the BOTTOM BUNK!

32) Plaintiff submitted numerous requests to staff/ U.M VOGUS and the MAJOR of the UNIT MANAGERS and DEPUTY MRS. THOMPSON.and requested I be moved to the LOWER LEVEL LOWER BUNK as my MEDICAL RESTRICTIONS REQUIRE. and notified the MEDICAL DEPT but was moved prior to going to THE MEDICAL SICK-CALL APPOINTMENT.

33) Plaintiff fully exhausted his GRIEVANCE'S.

34) Upon information and belief, when a prisoner files a GRIEVANCE, the GRIEVANCE STAFF calls the matter to the attention to those individuals responcible for the that the GRIEVANCE CONCERNS.

35) Plaintiff continues to have "SEVERE BACK" issues and ELBO PAIN. Plaintiffs PSYCHOLOGICAL ISSUES are also ongoing.

5

## CLAIMS FOR RELIEF

36) The actions of the Defendants and blatent disreguard for the Plaintiffs MEDICAL RESTRICTIONS by C/O KEAN, SGT KEMIT, and U.M. MR. VOGUS caused the Plaintiff to be injured. even after SGT KEMIT took the Plaintiffs I.D and VERIFIED the "MEDICAL RESTRICTIONS" he ignored them. and gave the Plaintiff a direct order to go in CELL (43) UPPER TIER, UPPER BUNK. MR.VOGUS failed to intervein once informed of the actions of his subordinates in VIOLATION OF THE FOURTH AND EIGHTH AND FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

## RELIEF REQUESTED

**WHEREFORE,** Plaintiff respectfully requests the court to grant the following relief:

A. Issue a DEclaratory Judgement stating that:

1) All Defendants Violated Plaintiff's Constitutional Rights under either the FOURTH, EIGHTH or FOURTEENTH AMENDMENTS of the UNITED STATES CONSTITUTION.

B. Award Compensatory and Punitive Damages jointly and severally against:

1) Defendants C/O KEAN, SGT KEMIT and UNIT MANAGER MR.VOGUS for PHYSICAL and EMOTIONAL injuries sustained as a result of their BLATENT DISREGUARD for my MEDICAL RESTRICTIONS. after they were VERIFIED.

2) Defendant MR.VOGUS for the PHYSICAL INJURIES sustained as a result of his failure to SUPERVISE HIS SUBORDINATES.

3) Defendant MR.EDWARDS for the Plaintiffs CO'PAYS that he was charged that should not of been.therby depriving the Plaintiff of "MONIES"/"PROPERTIES").

4) Damages to be determined by a jury following a trial in this matter.

5) Defendants for all filing fee's, copy exspenses, mailing costs, paper costs and;

C Grant such relief as it may appear that Plaintiff is entitled to.

RESPECIFULLY SUBMITTED

*William P. Jackson*
WILLIAM P. JACKSON QQ-2364
plaintiff
S.C.I. ALBION
10745 ROUTE 18
ALBION, PA 16475-0001

DATED MAY 30, 2025
6·29·—

# U.S. District Court
# Western District of Pennsylvania (Pittsburgh)
# CIVIL DOCKET FOR CASE #: 2:25-cv-00580-KAP

JACKSON v. STAWARSKI et al
Assigned to: Magistrate Judge Keith A. Pesto
related Cases: 2:22-cv-00854-KRG-KAP
2:24-cv-00488-KAP
Cause: 42:1983pr Prisoner Civil Rights

Date Filed: 04/30/2025
Jury Demand: None
Nature of Suit: 555 Prisoner Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**
WILLIAM P. JACKSON          represented by   WILLIAM P. JACKSON
                                             QQ2364
                                             SCI ALBION
                                             10745 ROUTE 18
                                             ALBION, PA 16475-0001
                                             PRO SE

V.

**Defendant**
C/O STAWARSKI

**Defendant**
SGT. J. ANDRASCIK

**Defendant**
SGT. SUNDY

**Defendant**
SGT BESSELLMAN

**Defendant**
CAPT. NOULETTE

**Defendant**
MAJOR BATYKEFER

**Defendant**
DEPUTY YOUNG

**Defendant**
DEPUTY LATOYA

**Defendant**
WARDEN HARPER

**Defendant**
CAPT SULLIVAN

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2025 | | Magistrate Judge Keith A. Pesto added. (ert) (Entered: 04/30/2025) |
| 04/30/2025 | 1 | MOTION for Leave to Proceed in forma pauperis by WILLIAM P. JACKSON. (Attachments: # 1 Complaint lodged pending disposition of IFP Motion, # 2 Envelope) (ert) (Entered: 04/30/2025) |
| 04/30/2025 | 2 | Prisoner Trust Fund Account Statement by WILLIAM P. JACKSON. (Attachments: # 1 Envelope) (ert) (Entered: 04/30/2025) |